IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KEVIN EDWARDS, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TEXAS CIVIL COMMITMENT AND ) | |
| CORRECT CARE, et al., ) | |
| ) | |
| Defendants. ) | Civil Action No. 5:18-CV-275-C-BQ |

## ORDER

The Court has reviewed the Report and Recommendation of the United States Magistrate Judge, filed January 15, 2019. Plaintiff filed his Request for Reconsideration on January 19, 2019, which the Court construes as Plaintiff's objections. After conducting a *de novo* review of the relevant filings, along with Plaintiff's objections to the Report and Recommendation, the Court finds that the objections (Request for Reconsideration) should be overruled.

It is therefore **ORDERED** that the Report and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Report and Recommendation, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee.

All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this 23rd day of January, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE